**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

**SHANNON WILLIAMS #13947-047** — **CASE NO. 25-cv-216 SEC P**

**-vs-** — **JUDGE DRELL**

**USA** — **MAGISTRATE JUDGE PEREZ-MONTES**

---

JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 30), and after a de novo review of the record, including the Defendant's Objection (ECF No. 31), having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Motion to Dismiss for Failure to State a Claim (ECF No. 22) is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana this 23RD day of October 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT